**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| **Trenton Freeman,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**Norwest Corporation, n/k/a Wells Fargo,**<br><br>**Defendants.** | ) | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**Court File No. 00-219-DSD/JMM** |

**WHEREAS** the above-referenced action was filed in Federal District Court for the District of Minnesota on January 28, 2000;

**WHEREAS** responsive pleadings are due from Defendant Norwest Corporation (nka Wells Fargo) on February 17, 2000; and

**WHEREAS** no documents or pleadings other than the Complaint have been filed;

**WHEREAS** the parties have agreed, by and through their respective counsel, that Defendant's request for additional time to answer or otherwise plead is reasonable and necessary given the nature of the Complaint and related documents;

**THEREFORE, IT IS HEREBY STIPULATED** by and between the parties that the Answer or other responsive pleading of Defendant Norwest Corporation (nka Wells Fargo) will be due on or before March 10, 2000.

Dated: February 10, 2000

**PARSINEN KAPLAN ROSBERG & GOTLIEB P.A.**

By Linda L. Holstein

Linda L. Holstein (Attorney I.D. No. 150836)
Lorenz F. Fett, Jr. (Attorney I.D. No. 196769)
100 South Fifth Street
Suite 1100
Minneapolis, MN 55402
612/333-2111
Attorneys for Defendants

FILED FEB 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

262269v1

Dated: 2/11/00

**GELHAR & OUSKY, P.A.**

By ______________________

Leslie A. Gelhar
Attorney I.D. No. 14017X
5001 West 80th Street, Suite 935
Bloomington, MN 55437
612/806-9787

Roxanne Conlin
Roxanne Conlin & Associates P.C.
The Plaza – Suite 5
300 Walnut Street
Des Moines, IA 50309
515/282-3329
Attorneys for Plaintiff

**ORDER**

Upon the basis of the above Stipulation, it is so **ORDERED**.

Dated: 2/14/00

**BY THE COURT:**

______________________

John M. Mason
Magistrate Judge