UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRENTON FREEMAN,

Plaintiff,

v.

NORWEST CORPORATION MEDICAL PLAN and NORWEST CORPORATION, n/k/a Wells Fargo,

Defendants.

CIVIL NO. 00-219 (DSD/JMM)

ORDER

The above matter came on before the undersigned upon Defendants' Motion to Modify the Pretrial Scheduling Order and for leave to add as a Third-Party Defendant Principal Health Care of Iowa, Inc. [Docket No. 16]. Plaintiff has consented to the Motion, and has signed a Stipulation so stating.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendants' Motion to Modify the Pretrial Scheduling Order and for leave to add as a Third-Party Defendant Principal Health Care of Iowa, Inc. [Docket No. 16] is granted. Defendants are granted leave of court to add Principal Health Care of Iowa, Inc. as a Third-Party Defendant herein, and to make service of the Third-Party Complaint as herein provided.

2. Defendants shall cause the Third-Party Complaint to be filed with the Clerk of Court no later than August 4, 2000, and to cause service of said Third-Party Complaint upon Principal Health Care of Iowa, Inc. no later than August 15, 2000. Said

FILED AUG 0 1 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

proposed Third-Party Defendant shall also be served with a copy of the Pretrial Scheduling Order issued in this matter on April 18, 2000.

3. Unless otherwise ordered pursuant to Local Rule 16.3, said Pretrial Scheduling Order shall govern all proceedings in this matter.

Dated: August 1, 2000

JOHN M. MASON
United States Magistrate Judge