UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-219(DSD/JMM)

Trenton Freeman,

Plaintiff,

v.

**ORDER OF REFERENCE**

Norwest Corporation Medical Plan, et al.,

Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant Principal Health Care of Iowa, Inc.'s motion to dismiss (Docket No. 22) the third party complaint in this matter. Any such motions shall be heard before Magistrate Judge John M. Mason.

Dated: November 6, 2000

David S. Doty, Judge
United States District Court

FILED NOV 06 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______