UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRENTON FREEMAN,

Plaintiff,

v.

NORWEST CORPORATION MEDICAL PLAN and NORWEST CORPORATION, n/k/a Wells Fargo & Company,

Defendants and Third-Party Plaintiffs,

v.

PRINCIPAL HEALTH CARE OF IOWA, INC.,

Third-Party Defendant.

CIVIL NO. 00-219 (DSD/JMM)

ORDER

The above matter came on before the undersigned upon Third-Party Defendant's Motion for Leave of Court to Modify Pretrial Scheduling Order, and the Stipulation of the Parties.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Third-Party Defendant's Motion for Leave of Court to Modify Pretrial Scheduling Order is denied without prejudice.

Dated: November 28, 2000

JOHN M. MASON
United States Magistrate Judge

FILED NOV 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

MEMORANDUM

The parties advise that the potential need for a change in the Pretrial Scheduling Order is occasioned by the addition of a new party to this case. That party has filed a Motion to Dismiss, scheduled for hearing on December 6, 2000. The decision of the District Court with respect to that Motion will have a bearing on the relief sought by the pending Motion concerning the Pretrial Scheduling Order. Under these circumstances we conclude that the Motion should be denied without prejudice.

J.M.M.