UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---------------------------------

Trenton Freeman,

Plaintiff,

Court File No. 00-219 (DSD/JMM)

vs.

Norwest Corporation Medical Plan,
and
Norwest Corporation, now known as
Wells Fargo & Company,

Defendants and
Third-Party Plaintiffs,

**ORDER**

vs.

Principal Health Care of Iowa, Inc.,
now believed to be known as Coventry
Health Care of Iowa, Inc.

Third-Party Defendant.

---------------------------------

This matter came on before the Court on the Conditional Motion of Third-Party Defendant Principal Health Care of Iowa, Inc. ("Principal"), to amend the pretrial scheduling order to permit Principal to conduct discovery in the event its pending Motion to Dismiss was denied. Based on the files, records and proceedings herein, the Court finds that good cause exists warranting an amendment to the existing pretrial scheduling order, and IT IS HEREBY ORDERED that:

DEC 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

1. The motion of Principal to amend the pre-trial scheduling order to permit Principal to conduct discovery is granted.

2. In the event that the Court denies in whole or in part Principal's pending Motion to Dismiss the Third-Party Complaint, Principal may notice the deposition of Linda Freeman, and serve its Document Requests, Interrogatories and Notices of Depositions on Defendants and Third-Party Plaintiffs Norwest Corporation Medical Plan and Norwest Corporation (now known as Wells Fargo & Company), all such discovery to be completed no later than March 31, 2001.

Dated: 12/26/00

United States Magistrate Judge
John M. Mason