**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA
FOURTH DIVISION**

---

Trenton Freeman

Court File No:00-219-DSD/JMM

Plaintiff,

vs.

**ORDER MODIFYING
PRETRIAL SCHEDULING ORDER**

Norwest Corporation Medical Plan
and
Norwest Corporation, now known as
Wells Fargo
Defendants/Third Party Plaintiffs,
vs.

Principal Healthcare of Iowa, Inc., now
believed to be known as Coventry
Healthcare of Iowa, Inc.

Third Party Defendant.

---

Plaintiff Trenton Freeman, through his attorneys, Leslie A. Gelhar and Roxanne Conlin, has moved this Court to modify the Pretrial Scheduling Order to extend the deadline for filing dispositive motions to March 1, 2001. Defendants Norwest Corporation Medical Plan and Norwest Corporation, now known as Wells Fargo, through their attorneys, Linda L. Holstein and Lorenz F. Fett, Jr., and proposed Third Party Defendant Principal Health Care of Iowa, Inc., through its attorneys, Timothy D. Kelly, Kelly & Berens P.A., have consented to the Motion, and have signed a Stipulation so stating.

The Court, being duly advised on the premises, finds that there is good cause to modify the



DEC 26 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pretrial Scheduling Order as requested, and that the interests of justice will be served by doing so.

The Court hereby grants said Motion. The deadline for filing dispositive motions set forth in the original Pretrial Scheduling Order is extended to March 1, 2001. All other dates in the original Pretrial Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated: 12/26, 2000

John M. Mason
Magistrate Judge