UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Trenton Freeman

Plaintiff,

Court File No:00-219-DSD/JMM

vs.

Norwest Corporation Medical Plan
and
Norwest Corporation, now known as
Wells Fargo

Defendants/Third Party Plaintiffs,

**ORDER DIRECTING DEPOSIT OF MONEY INTO COURT PURSUANT TO RULE 67**

vs.

Principal Healthcare of Iowa, Inc., now believed to be known as Coventry Healthcare of Iowa, Inc.

Third Party Defendant.

---

The parties to this case, Plaintiff Trenton Freeman, through his attorneys, Leslie A. Gelhar and Roxanne Conlin, Defendants Norwest Corporation Medical Plan and Norwest Corporation, now known as Wells Fargo, through their attorneys, Linda L. Holstein and Lorenz F. Fett, Jr., and proposed Third Party Defendant Principal Health Care of Iowa, Inc., through its attorneys, Timothy D. Kelly, Kelly & Berens P.A., have moved this Court by Stipulation to direct the Clerk of Court to accept the settlement draft in the amount of $500,000, check number 92261210, dated 1/05/2001, paid by Hawkeye Insurance Company, and deposit the same in an interest bearing account at U.S. Bank, St. Paul or Minneapolis, to hold said funds for distribution to the parties, which distribution will be later determined and directed by Order of this Court.



JAN 26 2001

The Court, being duly advised on the premises, finds that there is good cause to order the deposit of said funds as requested, and that the interests of justice will be served by doing so.

The Court hereby directs the Clerk of Court, pursuant to Rule 67, Federal Rules of Civil Procedure, to accept the settlement draft in the amount of $500,000, check number 92261210, dated 1/05/2001, paid by Hawkeye Insurance Company, and deposit the same in an interest bearing account at U.S. Bank, St. Paul or Minneapolis, to hold said funds for distribution to the parties, which distribution will be later determined and directed by Order of this Court.

**IT IS SO ORDERED.**

Dated: January 26, 2001

John M. Mason
Magistrate Judge