UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRENTON FREEMAN,

Plaintiff,

v.

NORWEST CORPORATION MEDICAL PLAN and NORWEST CORPORATION, a/k/a Wells Fargo,

Defendants.

CIVIL NO. 00-219 (DSD/JMM)

ORDER

The Court is advised that the Parties have reached a settlement agreement in this matter. Accordingly, the following pending Motions are withdrawn:

1. Motion by Third-Party Defendant to Dismiss Third-Party Complaint [Docket No. 24];

2. Motion by Third-Party Defendant Principal Health Care of Iowa to Modify Pretrial Scheduling Order [Docket No. 31];

3. Conditional Motion by Third-Party Defendant Principal Health to Modify Pretrial Scheduling Order [Docket No. 37];

4. Motion by Plaintiff to Modify Pretrial Scheduling Order [Docket No. 40]; and

5. Conditional Motion by Defendants for Leave of Court to Modify Pretrial Scheduling Order [Docket No. 43].

Dated: February 2, 2001

JOHN M. MASON
United States Magistrate Judge

FEB 0 2 2001