**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Trenton Freeman

Plaintiff,

Court File No:00-219-DSD/JMM

vs.

Norwest Corporation Medical Plan
and
Norwest Corporation, now known as
Wells Fargo

Defendants/Third Party Plaintiffs,

vs.

Principal Healthcare of Iowa, Inc., now
believed to be known as Coventry
Healthcare of Iowa, Inc.

Third Party Defendant.

**ORDER DIRECTING WITHDRAWAL OF MONEY PAID INTO COURT PURSUANT TO RULE 67 (And 28 U.S.C. Secs. 2041 and 2042)**

---

The parties to this case, Plaintiff Trenton Freeman, through his attorneys, Leslie A. Gelhar and Roxanne Conlin, Defendants Norwest Corporation Medical Plan and Norwest Corporation, now known as Wells Fargo, through their attorneys, Linda L. Holstein and Lorenz F. Fett, Jr., and proposed Third Party Defendant Principal Health Care of Iowa, Inc., through its attorneys, Michael Berens, Kelly & Berens P.A., have moved this Court by Stipulation to direct the Clerk of Court to permit withdrawal of the $500,000 Hawkeye Insurance settlement, previously deposited pursuant to this Court's Order dated January 26, 2001. The parties' Stipulation for an order directing withdrawal of said funds is based upon a release and settlement agreement settling all issues in this case, and is in accordance with Rule 67, Federal Rules of



FILED 4-2-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Civil Procedure, and 28 U.S.C. Sections 2041 and 2042.

Based upon the Stipulation of the parties, the Court hereby directs the Clerk of Court, pursuant to Rule 67, Federal Rules of Civil Procedure, and 28 U.S.C. Sections 2041 and 2042, to withdraw the funds previously deposited pursuant to the stipulated Order dated January 26, 2001 (check number 92261210, dated 1/05/2001, paid by Hawkeye Insurance Company, in the amount of $500,000.00) as follows:

- By issuing a check payable to defendant Norwest Corporation, nka Wells Fargo, in the amount of $100,000.00;
- By issuing a check payable to Plaintiff, Trenton Freeman, and his attorneys, Gelhar & Ousky, P.A. and Roxanne Conlin & Associates, P.C., in the amount of $400,000.00 plus any interest remaining after reimbursements to the U.S. District Court Clerk for handling said deposit and disbursements.

**IT IS SO ORDERED.**

Dated: April 2, 2001

John M. Mason
Magistrate Judge

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Trenton Freeman

Plaintiff,

vs.

Norwest Corporation Medical Plan
and
Norwest Corporation, now known as
Wells Fargo

Defendants/Third Party Plaintiffs,

vs.

Principal Healthcare of Iowa, Inc., now
believed to be known as Coventry
Healthcare of Iowa, Inc.

Third Party Defendant.

Court File No:00-219-DSD/JMM

**STIPULATION FOR AN ORDER DIRECTING WITHDRAWAL OF MONIES DEPOSITED INTO COURT**

---

The parties to this action, Plaintiff Trenton Freeman, through his attorneys, Leslie A. Gelhar and Roxanne Conlin, Defendants Norwest Corporation Medical Plan and Norwest Corporation, now known as Wells Fargo, through their attorneys, Linda L. Holstein and Lorenz F. Fett, Jr., and proposed Third Party Defendant Principal Health Care of Iowa, Inc., through its attorneys, Michael Berens, Kelly & Berens P.A., hereby Stipulate and Agree that the court should enter an order directing the Clerk of U.S. District Court to allow withdrawal of the funds previously deposited pursuant to the stipulated Order dated January 26, 2001 (check number 92261210, dated 1/05/2001, paid by Hawkeye Insurance Company, in the amount of $500,000.00) as follows:

- By issuing a check payable to defendant Norwest Corporation, nka Wells Fargo, in the amount of $100,000.00;
- By issuing a check payable to Plaintiff, Trenton Freeman, and his attorneys, Gelhar & Ousky, P.A. and Roxanne Conlin & Associates, P.C. in the amount of $400,000.00 plus any interest remaining after reimbursements to the U.S. District Court Clerk for handling said deposit and disbursements.

This Stipulation is based upon a separate Settlement Agreement and General Release entered into by the parties settling all issues in this case.

GELHAR & OUSKY, P.A.

Dated: 3/21, 2001

Leslie A. Gelhar ID# 14017X
5001 West 80th Street, Suite 935
Bloomington, MN 55437
(612) 806-9787

AND

ROXANNE CONLIN & ASSOCIATES P.C.

Roxanne B. Conlin
Attorney at Law
319 7th Street-Suite 600
Des Moines, IA 50309-2239
(515) 283-1111

ATTORNEYS FOR PLAINTIFF

Dated: March 22, 2001

PARSINEN KAPLAN ROSBERG & GOTTLIEB, P.A.

Linda Holstein ID# 150836
Lorenz F. Fett, Jr. ID# 196769
Suite 1100
100 South 5th Street
Minneapolis, MN 55402
(612)-333-2111

ATTORNEYS FOR DEFENDANTS/THIRD PARTY PLAINTIFFS

Dated: 3/27/01, 2001

KELLY & BERENS, P.A.

Michael Berens ID#702X
3720 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 349-6171

ATTORNEYS FOR THIRD PARTY DEFENDANT